James Worthem (AKA) David Scott DIV 9-3H 3262

Case 1:08-cv-01512  Document 3  Filed 03/13/2008  Page 1 of 4

BB

FILED
MAR 1 3 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

James Worthem
Plaintiff

v.

Sheriff Tom Dart / Salvador Godinez / DTR
Defendant(s)

08CV1512
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **James Worthem**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **20070071905**  Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: ____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: ____
   Name and address of employer: ____

   a. If the answer is "No":
      Date of last employment: **4/20/07**
      Monthly salary or wages: **$1,200**
      Name and address of last employer: **Mathouss Roofing 3737 W North Ave Chicago Ill, 60651**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: ____
      Name and address of employer: ____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  ☐Yes  ☒No
   Amount ____  Received by ____

b. ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
Amount_____Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
Amount_____Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes  ☒No
Amount_____Received by_____

e. ☐ Gifts or ☐ inheritances  ☐Yes  ☒No
Amount_____Received by_____

f. ☐Any other sources (state source:_____)  ☐Yes  ☒No
Amount_____Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No  Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes  ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
My common law wife of 25 years Annette Garcia and my 12 year old Daughter Heather N Worthem

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2/14/08

_James Worthem_
Signature of Applicant

_James Worthem_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by <u>each</u> institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, James Worthem, I.D.# 20070071905, has the sum of $ .02 on account to his/her credit at (name of institution) Cook County Dept of Corrections. I further certify that the applicant has the following securities to his/her credit: 0. I further certify that during the past six months the applicant's average monthly deposit was $ 6.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

2-15-08
DATE

_V. Butler_
SIGNATURE OF AUTHORIZED OFFICER

_V. Butler_
(Print name)

rev. 7/18/02



**TRANSACTION REPORT**
Print Date: 02/15/2008

Inmate Name: SCOTT, DAVID        Balance:    $0.02
Inmate Number: 20070071905
Inmate DOB: 9/1/1972

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 02/13/2008 | ORDER DEBIT | -0.03 | 0.02 |
| 12/19/2007 | ORDER DEBIT | -0.71 | 0.05 |
| 12/11/2007 | ORDER DEBIT | -9.28 | 0.76 |
| 12/07/2007 | CREDIT | 10.00 | 10.04 |
| 11/16/2007 | RETURN CREDIT | 0.03 | 0.04 |
| 11/13/2007 | ORDER DEBIT | -0.03 | 0.01 |
| 11/08/2007 | RELEASE FUNDS | -10.00 | 0.04 |
| 10/31/2007 | CREDIT | 10.00 | 10.04 |
| 10/02/2007 | ORDER DEBIT | -0.43 | 0.04 |
| 10/01/2007 | RETURN CREDIT | 0.28 | 0.47 |
| 09/25/2007 | ORDER DEBIT | -9.81 | 0.19 |
| 09/24/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved