FILED

MAR 1 3 2008 aew
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Circuit Clerk of the District Court 3/5/08.

This is James Worthem, I received the 1983 forms I requested and I honestly want to say Thank you so much for sending me instructions to Read so that I can better help you to file youre Documents and to let me know what I can and cant Do. I am going for Sentencing on 3/10/08, so could you please hold off on sending me the case # to the new suit I Just filed until I go to Stateville C.C. if you'd like you can Just have it sent to my Daughter and she'll send it to me, As Soon as I know where I'm going I'll Quickly let you know my new location and could you please see to it that Mr. Judge Leinenweber Reads my letter as soon as his time allows it is very important to that case # and once I get to my new location I'll be asking Requesting for More 1983 forms and forma pauperis, I need to know if it's possible to send my common law wife "Annette Garcia" Instructions on how she can file A Law suit by her not being able to pay for the filing fee at this time, she and I are to be Plaintiffs and she is not locked up so how can I put her on my Suit with me without a social worker filling out an Insufficient funds? Her location is the same is my Daughter.

* Annette Garcia
   1540 N Harding
   Chicago Ill, 60651

/S/ James Worthem

Thank you very much.