# United States District Court
## Northern District of Illinois
### Eastern Division

James M. Worthem　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　　Case Number: 08 C 1512

Tom Dart, et al

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, James M. Worthem's motion for leave to file in forma pauperis is granted. The action is dismissed pursuant to 28 U.S.C. §1915(A)(b)(1) for failure to state a claim, terminating case. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. §19159(g).

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 4/14/2008　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　/s/ Wanda A. Parker, Deputy Clerk